IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA PERRIN, on behalf of A.P., | : : : | Civil Action No. 4:12-CV-02099 |
| Plaintiff, | : : | (Judge Brann) |
| v. | : : | |
| WARRIOR RUN SCHOOL, DISTRICT, | : : | (Magistrate Judge Carlson) |
| Defendant. | : | |

**ORDER**

August 13, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the July 22, 2013 report and recommendation of Magistrate Judge Martin C. Carlson. ECF No. 12.

Magistrate Judge Carlson's report and recommendation recommended that Defendant's Motion to Dismiss (ECF No. 8) be denied. ECF No. 12. Neither party has filed objections to the report. This Court agrees with the sound reasoning of the magistrate judge's analysis and sees no reason to re-state it here. Accordingly, the July 22, 2013 report and recommendation will be adopted in its entirety.

1

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Martin C. Carlson's July 22, 2013 Report and Recommendation is ADOPTED in full. ECF No. 12.

2. Defendant Warrior Run School District's Motion to Dismiss (ECF No. 8) is DENIED.

3. This action is remanded to Magistrate Judge Carlson for further pre-trial proceedings.

                BY THE COURT:

                s/ Matthew W. Brann
                Matthew W. Brann
                United States District Judge